IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANSTINE & MUSGROVE, INC., | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-12-630 |
| | § | |
| IBERIA MANAGEMENT SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Petitioners filed a motion to compel production of third party documents and for contempt.. (Docket Entry No. 1). The defendants must file a response by November 9, 2012. A hearing is set on the motion for **December 3, 2012, at 3:00 p.m.**

SIGNED on October 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge