IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANSTINE & MUSGROVE, INC., *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-12-630 |
| | § | |
| IBERIA MANAGEMENT SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Based on the motions and responses, the parties' submissions, and the arguments of counsel presented in court on December 4, 2012, petitioners' motion to compel production of third party documents is moot; petitioners' motion for contempt is denied; and petitioners' motion to require payment of $15,000 plus fees is denied. Defendant's motion to require payment of $10,000 in attorneys' fees is denied. This action is dismissed.

SIGNED on December 5, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge